FILED

OCT 22 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:07cr259-WKW** |
| | ) | [42 USC § 408(a)(7)(B); |
| DERRICK MYRON LLOYD | ) | 18 USC § 1028(a)(6)] |
| a/k/a Rashad Abdul Hamid | ) | |
| a/k/a Darryl Cunningham | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about April 17, 2006, in Montgomery County, within the Middle District of Alabama,

DERRICK MYRON LLOYD,
a/k/a Rashad Abdul Hamid
a/k/a Darryl Cunningham

defendant herein, for the purpose of obtaining employment and for other purposes, did knowingly, willfully and with the intent to deceive misstate and misrepresent his Social Security Account Number to be xxx-xx-4773, when in fact that Number had not been assigned to him by the Commissioner of Social Security. All in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 2

On or about August 31, 2007, in Montgomery County, within the Middle District of Alabama,

DERRICK MYRON LLOYD,
a/k/a Rashad Abdul Hamid
a/k/a Darryl Cunningham

defendant herein, did knowingly possess a Social Security Card – an identification document that appeared to have been issued by or under the authority of the United States – which Lloyd knew had, in fact, been produced without lawful authority. All in violation of Title 18, United States Code, Section 1028(a)(6).

## FORFEITURE ALLEGATION

A.  Counts 1 and 2 of this indictment are incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 1028 as alleged in Count 2 of this indictment, the defendant,

> DERRICK MYRON LLOYD,
> a/k/a Rashad Abdul Hamid
> a/k/a Darryl Cunningham

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), all, right, title, and interest in any and all property constituting, or derived from, proceeds obtained directly or indirectly as the result of any violation of Title 18, United States Code, Section 1028.

C.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1, if, by any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in violation of Title 18, United States Code, Section 1028.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
NATHAN D. STUMP
Assistant United States Attorney

3