```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
       v.                     )    CR. NO. 2:07cr259-WKW
                              )
DERRICK MYRON LLOYD           )
a/k/a Rashad Abdul Hamid      )
a/k/a Darryl Cunningham       )
```

UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 2nd day of November, 2007.

```
                     FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY



                     /s/John T. Harmon
                     John T. Harmon
                     Assistant United States Attorney
                     Office of the United States Attorney
                     Middle District of Alabama
                     131 Clayton Street
                     Post Office Box 197
                     Montgomery, Alabama 36101-0197
                     Telephone:(334) 223-7280
                     Facsimile:(334) 223-7560
                     E-mail: John.Harmon@usdoj.gov
                     Bar Number: 7068-II58J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney