IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr259-WKW |
| | ) | |
| DERRICK MYRON LLOYD | ) | |
| a/k/a Rashad Abdul Hamid | ) | |
| a/k/a Darryl Cunningham | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #5) filed December 27, 2007, and for good cause shown, it is

ORDERED that the motion (Doc. #5) is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, Montgomery, Alabama, commanding them to deliver Derrick Myron Lloyd, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on January 23, 2008, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this 27th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE