IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER 2:07CR259-WKW |
| ) | |
| DERRICK MYRON LLOYD ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE   Montgomery County Jail

　　　　　　　　　　　　　　　　AT   Montgomery, Alabama

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETING:

　　　WE command you, that you have the body of Derrick Myron Lloyd a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery, AL    on 1/23/2008 at 10:00   o'clock   A.M., to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

DONE, this the  27th    day of   December   , 2007.

　　　　　　　　　　　　　　　　　DEBRA P. HACKETT, CLERK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF ALABAMA

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk