IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07CR259-WKW |
| ) | |
| DERRICK MYRON LLOYD ) | |

## MOTION FOR DEFENDANT TO BE
## PRESENT AT PRE-TRIAL CONFERENCE

**NOW COMES** the Defendant, **DERRICK MYRON LLOYD,** by and through undersigned counsel, Donnie W. Bethel, and respectfully requests the Defendant's presence at the Pre-trial Conference scheduled for March 14, 2008, at 9:00 am in Courtroom 5A, United States Courthouse, One Church Street, Montgomery, Alabama, before Judge Capel.

Dated this 7th day of March, 2008

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:07CR259-WKW |
| | ) |
| DERRICK MYRON LLOYD | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49