IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr259-WKW |
| ) | |
| DERRICK MYRON LLOYD ) | |

## ORDER ON MOTION

On 7 March 2008, Defendant filed a motion requesting that the Court order the U.S. Marshall service to produce Defendant for the pretrial conference scheduled in this case on Friday, 14 March 2008 (Doc. #14). Defendant has not provided the Court with any reason for his presence. The Court observes that the pretrial conference is a procedural affair in which the Court confirms the trial schedule set for Defendant's case. The Court further observes that counsel for Defendant will be present on his behalf. Accordingly, it is

ORDERED that the Motion (Doc. #14), is DENIED.

DONE this 7th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE