**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07cr259-WKW** |
| | ) | |
| **DERRICK MYRON LLOYD** | ) | |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 19th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney