IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| United States of America ) ) ) ) Vs. ) ) DERRICK MYRON LLOYD A/K/A RASHAD ABDUL HAMID | CR NO. 2:07 cr 259-WKW |

**MOTION TO DISMISS
PURSUANT TO FEDERAL CRIMINAL
PROCEDURE RULE 48 (a) OR (b) Ad
PROSEQUENDUM AFFIRMATIVE ACTION**

   Come now the defendant, pro-se, pursuant to title 18, United States Code 3161 (C) (1) SPEEDY TRIAL ACT & 18 USC
3161 (h) (8) (B) (I) Miscarriage of justice-and in support herein states the following issues:
   1. This 3rd day of April, 2008 exceeding the 70 day time limit for appropriate due process and speedy trial act.

   2. I Herein bring to the attention of the court and prosecuting government that on August 31, 2007 I was illegally finger printed and investigated, yet not arrested by US Immigration Customs Enforcement Agent. The Ice Agent obtained prosecuting evidence without a search warrant in violation of the 4th Amendment. The exclusionary rule should apply in that evidence is inadmissible to the case in chief. Ref. Disclosure material Exhibit E page. 46 ICE agent methods to obtain employment record demonstrate a reckless disregard of the truth. Exhibit B pg. 12-16 clearly shows citizen status. The agent in fact showed misconduct by using deceptive tactics to obtain (1-9) evidence. The evidence would therefore be rendered barred. 'Agent lack showing good faith basis.' US vs. Leon 468 US 897, 82 L. Ed. 2d 677. (1984) Gouled vs. US (1921) US vs. Janis (1976). Fruits of Invasions, Weeks vs. US (1914).

   3. The investigation report Disclosure pg. 5 alleges arrest by ICE agents on August 31, 2007. Though not detained in ICE custody. The federal prosecutor had ample time to place defendant in federal custody not state custody.

   4. The time between arrest and government indictment October 22, 2007 (Forty Three Days). And between indictment and arraignment January 23rd 2008

(Ninety Three Days). And between arraignment and Trial will be (One Hundred and Four Days). Totaling 240 days. In violation of 18 USC 3161 (a), (b), (c) (1). A miscarriage of justice 18 USC 3161 (h) (8) (B) (I). And abuse of due diligence.

In the aforesaid facts and citing, the defendant shows gross negligence in the arrest, evidence and prosecutorial procedures in this case. Failure to demonstrate due process, equal protection under the 1st, 4th, 6th and 14th amendment of the US constitution.

The defendant will further show extreme prejudice in the above said facts at trial. It is therefore my request that the honorable court grant trial within the speedy trial 70 day time period. Otherwise, under Affirmative Action Review Order Motion To Dismiss Pursuant to Rule 48 (a) in the interest of justice and with prejudice.

Wherefore, for the reasons set forth above, defendant file this herein **MOTION TO DISMISS.**

Dated this 3rd day of April, 2008.

Respectfully Submitted,

Derrick M. Lloyd A/K/A
Rashad A. Hamid
P.O. Box 159
Montgomery, AL 36101

## Certificate of Service

I hereby certify that on April 3rd 2008, I filed a copy of the foregoing, via U.S. Postal mail service, on the following:

Nathan D. Stump
Assistant U.S. Attorney
131 Clayton Street
Montgomery, Alabama 36104

                                                Derrick M. Lloyd
                                                A/.K/A Rashad A. Hamid
                                                Defendant

**ADDENDUM TO MOTION**

In addition to the aforesaid motion, defendant move to dismiss charges 42 USC 408 (a) (7) (B), 18 USC 1028 (a) (6) and <u>Forfeiture Allegation</u> under title 18 USC 982 (a) (2) (B) and 21 USC 853 (p) as incorporated by 18 USC 982(b).
   (1) The above said clause in the indictment refers to count 2 of the indictment. However, this charge do not involve the 1028 Fraud or related activity subsection (7) knowingly transfers, possesses, or uses, without lawful authority, a means of ID of another person.

This charge is inappropriately applied and will at trial be proven to violate defendant's 14th amendment, Right to life, liberty and property.

The infringement upon defendant's person, due process and liberty. I herein request to be granted an expeditious trial, or dismissal of indictment. As there are pertinent civil issues under 42 USC 405 (c) (2) & (g) requiring immediate address. Federal question jurisdiction 42 USC 1983 I herein place this addendum, to said motion, to dismiss with prejudice the alleged charges and process of indictment and prosecution, under the 14th amendment US constitution.

Further herein are issues and infringement regarding U.S.S.G. and 18 USC 3161 creating complexities and obstructing due process as it relate to federal statutes and constitutional bill of rights.

I therefore attach this addendum, in furtherance of this said Motion for Dismissal/Affirmative Action by This Court.

                                                 Respectfully Submitted

                                                 Derrick M. Lloyd A/KA
                                                 Rashad A. Hamid b/m
                                                 US Citizen