IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                  )<br>)<br>DERRICK MYRON LLOYD                       ) | CR. NO. 2:07cr259-WKW |

## **ORDER**

It is ORDERED that the government respond to the Motion to Dismiss (Doc. # 20) filed by the defendant *pro se* **on or before April 28, 2008.**

DONE this 21st day of April, 2008.

                                            /s/  W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE