IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr259-WKW |
| ) | |
| DERRICK MYRON LLOYD    ) | |

## ORDER

Defendant Derrick Myron Lloyd ("Lloyd") filed a *pro se* Motion to Dismiss (Doc. # 20.) Lloyd is currently represented by counsel. To proceed *pro se*, an individual must "clearly and unequivocally assert the desire to represent himself." *Cross v. United States*, 893 F.2d 1287, 1290 (11th Cir. 1990). The Eleventh Circuit "has held repeatedly that an individual does not have a right to hybrid representation." *Cross v. United States*, 893 F.2d 1287, 1291-92 (11th Cir. 1990). The trial court has discretion in determining whether to permit a defendant to proceed as co-counsel. *Id.* at 1292.

Lloyd has not requested the court allow him to proceed *pro se*. In filing this motion, Lloyd essentially seeks hybrid representation. Lloyd is currently represented by skilled counsel, and the court refuses to permit Lloyd to proceed with hybrid representation. Accordingly, it is ORDERED that the Motion to Dismiss (Doc. # 20) is DENIED.

DONE this 29th day of April, 2008.

                                               /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE