IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07CR259-WKW |
| ) | |
| DERRICK MYRON LLOYD ) | |

## MOTION TO PROCEED PRO SE

**NOW COMES** the Defendant, **DERRICK MYRON LLOYD**, and moves this Honorable Court for an order allowing him to proceed pro se and to act as his own counsel in his defense. Undersigned Counsel is willing and able to act as Mr. Lloyd's standby counsel, should Mr. Lloyd be allowed to proceed pro se.

Dated this 29th day of April, 2008.

Respectfully Submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Ste. 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.:  2:07CR259-WKW |
| ) | |
| DERRICK MYRON LLOYD  ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Nathan D. Stump, Assistant United States Attorney.

Respectfully Submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Ste. 407
Montgomery, Alabama 36104
Phone:  (334) 834-2099
Fax:  (334) 834-0353
E-mail:  don_bethel@fd.org
IN Bar Code:  14773-49