IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07CR259-WKW |
| ) | |
| DERRICK MYRON LLOYD ) | |

**REQUESTED VOIR DIRE**

During trial, everyone will need to hear the witnesses, the attorneys and the Court. With that in mind, if you can hear me clearly, please raise your hand.

1. During trial, everyone will need to hear the witnesses, the attorneys and the Court. With that in mind, if you can hear me clearly, please raise your hand.

2. If any of you cannot read, write, speak or understand the English language, please raise your hand.

3. If any of you cannot see well, please raise your hand.

4. Some jurors indicated on the jury questionnaire that they have health conditions which may interfere with their ability to serve as a juror. If you have any health condition that the court needs to be made aware of, please raise your hand. You may step forward to discuss the matter with the court in private if you so desire.

5. If anyone is taking medication that will affect your ability to concentrate or to sit through a trial, please raise your hand. You may step forward to

discuss this matter with the court in private if you so desire.

6. If anyone has been convicted of a felony in state or federal court and not received a pardon, please raise your hand.

7. Are you related by blood or marriage to, or are you personally acquainted with Mr. Lloyd?

8. Do you or any member of your immediate family have any connection of any kind with Mr. Lloyd?

9. Identify for the jurors the various counsel participating in the case and inquire: Are you related by blood or marriage, or do you know?

   A. (Have attorney identify other attorneys in his office) The defense attorney appearing in the case or any other attorney in his office.

   B. (Have all attorneys identified) The United States Attorney and the Assistant United States Attorneys.

10. To the best of your knowledge, have you or has any member of your immediate family ever been counseled or represented by the United States Attorney or any Assistant United States Attorney or by the defense attorney or members of the Office of the Federal Defenders?

11. Do any of you recognize a member of this jury panel as a relative, a close friend or an associate of yours? If yes, please state the relationship.

12. Have you participated in a criminal case:

    A. As a complainant or a Defendant;

        B.      As a witness for the prosecution or a Defendant; or

        C.      In any other capacity?

13. Are you now or have you ever served as a law enforcement officer?

14. Have you ever taken any courses of study in law enforcement or criminal justice?

15. Is any member of your immediate family or any close personal friend or acquaintance a law enforcement officer?

16. Are you, any member of your immediate family, or a close personal friend or acquaintance a federal, state or local government official or employee? Have you or any of them ever been a government official or employee? In what capacity?

17. Mr. Lloyd's case was reported in the local media when he was arrested in August of 2007. Do any of you remember seeing news reports about this case?

18. It is a guiding principle of the American system of justice that any person accused of a crime is considered innocent until proven guilty beyond a reasonable doubt by a jury of his peers. With this principle in mind, do each of you understand that an indictment is simply the Government's accusation against Mr. Lloyd, and that the indictment is not evidence that he is guilty? If you do not understand this concept, or if you have a any problem with that concept, please raise your hand.

19. I expect that a one or more law enforcement officers will testify in this trial. Would you tend to the believe the testimony of a law enforcement officer more than that of a witness who is not a law enforcement officer?

20. Do you further understand that you cannot draw any inference that Mr. Lloyd is guilty of anything merely because the Government has made an accusation against him? Do you understand that Mr. Lloyd sits before you presumed innocent of any offense until the Government meets its burden to prove to you Mr. Lloyd's guilt beyond a reasonable doubt?

21. If the Government fails to prove that Mr. Lloyd is guilty beyond a reasonable doubt, you must find him "not guilty." If, in your own mind, you conclude that the Government has failed to prove that Mr. Lloyd is guilty beyond a reasonable doubt, will you be able to vote for a finding of not guilty, even if you are the only juror who has reached that conclusion?

22. This is not a sequestered jury (explain). Are there any business, social or personal matters which would so interfere with your concentration during this trial that you should not serve as a juror in this case?

23. Can you think of any other matter which you should call to the Court's attention which may have some bearing on your qualifications or competence as a juror?

24. Do you know of any reason, matter or thing that may prevent you from doing your sworn duty to render an impartial verdict based solely upon the

      evidence presented in this trial and the law as you receive it in the Court's instruction?

25.    The attorneys have asked me to make sure that you know that during the course of the trial, people participating in the trial are not allowed to speak to jurors. This includes even polite or casual conversation. Please do not be offended if you see one of the attorneys or witnesses in this case, and he or she does not acknowledge or speak to you. The rules of the Court prevent them from doing so.

Dated this 29th day of April, 2008

                                      Respectfully submitted,

                                      s/ Donnie W. Bethel
                                      DONNIE W. BETHEL
                                      Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail:don_bethel@fd.org
                                      IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:07CR259-WKW |
| | ) |
| DERRICK MYRON LLOYD | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49