IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr259-WKW |
| ) | |
| DERRICK MYRON LLOYD ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Proceed Pro Se (Doc. # 26), it is ORDERED that an *ex parte* on-the-record hearing is scheduled for **Friday May 2, 2008, at 9:00 a.m.** in Courtroom 2E, Frank M. Johnson Jr. United States Courthouse Complex, Montgomery, Alabama. It is additionally ORDERED that the Defendant be present at this hearing.

Done this 30th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE