IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.　　　　　　　　　　　　　　　　) | CASE NO. 2:07-CR-259-WKW |
| ) | |
| DERRICK MYRON LLOYD　　　　) | |

### **ORDER**

This case is before the court on Defendant's Motion to Proceed Pro Se (Doc. # 26). On April 29, 2008, the court held an *ex parte* hearing on this motion with the Defendant present. Based on the proceedings, the court finds that the Defendant has knowingly and voluntarily waived his right to counsel. It is ORDERED that the Defendant's Motion to Proceed Pro Se is GRANTED. It is also ORDERED that Attorney Donnie Wayne Bethel is appointed as standby counsel.

Done this 2nd day of May, 2008.

　　　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE