IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr259-WKW |
| | ) | |
| DERRICK MYRON LLOYD | ) | |

## **ORDER**

Upon consideration of the Motion to Strike Forfeiture Allegation (Doc. # 33) filed by the Government, and for good cause shown, it is ORDERED that the motion is GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** that the forfeiture allegation is hereby stricken.

DONE this 5th day of May, 2008.

                                                  /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE