Question to Jury

1) Whether their view of a defendant will be any way bias as to ~~his~~ ones religious faith or choosing?

2) Particularly Islamic and

3) Would they be in any way unfair ~~because~~ of one who assumes a muslim name based on their religious precepts?

4) ~~If~~ to assume alias will in any way affect the way they judge in the case?

Particularly with the current war or middle East conflicts?

~~5~~) If in a Person ~~being recognized and committed so make~~ them not understand

5) ~~How do they feel about one practice of their~~