IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-259-WKW |
| | ) | |
| DERRICK MYRON LLOYD | ) | |

## JURY VERDICT

1. As to the charge contained in Count One of the Indictment, we, the Jury, find the Defendant:

    __X__   Guilty

    or

    _____   Not Guilty


2. As to the charge contained in Count Two of the Indictment, we, the Jury, find the Defendant:

    __X__   Guilty

    or

    _____   Not Guilty

SO SAY WE ALL.

This the __6__ day of May, 2007.

_____
Foreperson