IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:07cr259-WKW |
| ) | |
| DERRICK MYRON LLOYD ) | |

## **ORDER**

Upon consideration of the Defendant's Motion for Judgment of Acquittal made on the record at the conclusion of the Government's case-in-chief, it is ORDERED that the motion is **DENIED**.

DONE this 7th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE