IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2008 JUL 25 P 3:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA     *
                             *
v.                           *     CR 2:07cr 259-WKW
                             *
DERRICK MYRON LLOYD          *
aka Rashad Abdul Hamid       *

## NOTICE TO APPEAL

I Defendant Derrick M. Lloyd a.k.a. Rashad A. Hamid, herein file to the District Court Clerk of the Middle district notice to appeal both <u>conviction</u> and <u>sentence</u> imposed by this Court.

Respectfully Submitted,
/s/ Derrick M. Lloyd a.k.a.
Rashad A. Hamid, Defendant.

I Hereby certify that on July 22nd 2008, I filed an original of the foregoing, via U.S. Postal mail services to:

Debra Hackett, Clerk of Court
One Church Street
Montgomery, AL 36104

Tommie Brown Hardwick
Nathan D. Stump
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

Respectfully Submitted,
/s/ Derrick M. Lloyd
/s/ aka Rashad A. Hanio