Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

August 06, 2008

**Appeal Number: 08-14245-A**
Case Style: USA v. Derrick Myron Lloyd
District Court Number:  07-00259 CR-W-N

TO:   Derrick Myron Lloyd (000000000)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Nathan D. Stump

CC:   Tommie Brown Hardwick

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2008

Derrick Myron Lloyd (000000000)
Montgomery City Jail
PO BOX 159
MONTGOMERY  AL  36101-0159

**Appeal Number: 08-14245-A**
Case Style: USA v. Derrick Myron Lloyd
District Court Number:  07-00259 CR-W-N

Enclosed is a copy of the motion filed by your attorney to withdraw from representing you in the above appeal.

You may hire another attorney to represent you in this matter and to enter an appearance on your behalf within fourteen (14) days.  You may instead respond to this motion within fourteen (14) days from the date of this letter.  In your response you should state whether you wish to proceed pro se or if instead you are indigent and seek to have an attorney selected by the court appointed to represent you.

The motion to withdraw, along with your response, if any, will be submitted to the court for ruling within fourteen (14) days.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

APPT-5 (04-2007)